No. 805. LENTIN, DOING BUSINESS AS J. LENTIN LUMBER CO., *v.* PORTER, PRICE ADMINISTRATOR. April 29, 1946. 327 U. S. 805.

No. 862. WELLS *v.* ILLINOIS. April 29, 1946. 327 U. S. 803.

No. 880. ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. April 29, 1946. 327 U. S. 799.

No. 275. NYCUM *v.* CITY OF ALTOONA. April 29, 1946. Second petition for rehearing denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 326 U. S. 808.

No. 755. GRECO *v.* PARKER, WARDEN. May 6, 1946. 327 U. S. 808.

No. 874. ANDREWS *v.* OHIO. May 6, 1946. 327 U. S. 799.

No. 1072. BARNARD *v.* RAGEN, WARDEN. May 6, 1946. 327 U. S. 811.

No. 667. WEST *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 668. WEST *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 669. ESTATE OF WEST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 670. WEST *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1946. Second petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 327 U. S. 815.